IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLTECH, INC.,

        Plaintiff,

  v.

PEDRO BARRA, et al.,

        Defendants.

_____/

No. C 05-1831 SBA
(*Related to Case Nos. 04-3025 and 04-3309*)

**ORDER**

On May 20, 2005, the Court held a Case Management Conference in *Equal Employment Opportunity Commission v. Alltech, Inc.* (Case No. C 04-3025 SBA) and *Presant v. State of California, et al.* (Case No. C 04-3309 SBA). Also on May 20, 2005, pursuant to the Case Management Conference, the Court issued an Order for Pretrial Preparation that set an April 17, 2006 trial date and set forth the relevant pretrial dates and deadlines [Docket No. 33 in Case No. C 04-3309].

In a May 24, 2005 Order, this Court deemed the above-captioned case to be related to Case Nos. C 04-3025 SBA and C 04-3309 SBA [Docket No. 6 in Case No. C 05-1831 SBA].

Accordingly,

IT IS HEREBY ORDERED THAT the Order for Pretrial Preparation in Case Nos. C 04-3025 SBA and C 04-3309 SBA [Docket No. 33 in Case No. C 04-3309 SBA] shall also be the Order for Pretrial Preparation in Case No. C 05-1831 SBA.

IT IS SO ORDERED.

Dated: 6-16-05

        /s/ Saundra Brown Armstrong
        SAUNDRA BROWN ARMSTRONG
        United States District Judge

**United States District Court**
For the Northern District of California