United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLTECH, INC., <br><br> Plaintiff. <br><br> v. <br><br> PEDRO BARRA, et al., <br><br> Defendants. <br> _____ | No. C 05-1831 SBA <br> (*Related to Case No. 04-3025 and Case No. 04-3309*) <br><br> **ORDER** |

On May 20, 2005, the Court held a Case Management Conference in *Equal Employment Opportunity Commission v. Alltech, Inc.* (Case No. C 04-3025 SBA) and *Presant v. State of California, et al.* (Case No. C 04-3309 SBA). Also on May 20, 2005, pursuant to the Case Management Conference, the Court issued an Order for Pretrial Preparation that set an April 17, 2006 trial date and set forth the relevant pretrial dates and deadlines [Docket No. 33 in Case No. C 04-3309].

In a May 24, 2005 Order, this Court deemed the above-captioned case to be related to Case Nos. C 04-3025 SBA and C 04-3309 SBA [Docket No. 6 in Case No. C 05-1831 SBA].

On June 16, 2005, the Court issued an Order stating that the Order for Pretrial Preparation in Case Nos. C 04-3025 SBA and C 04-3309 SBA [Docket No. 33 in Case No. C 04-3309 SBA] shall be the Order for Pretrial Preparation in Case No. C 05-1831 SBA.

On August 16, 2005, the parties in *Alltech, Inc. v. Barra* (Case No. C 05-1831) submitted a stipulation and proposed order requesting a stay of Case No. C 05-1831 until *Equal Employment Opportunity Commission v. Alltech, Inc.* (Case No. C 04-3025 SBA) is resolved.

Accordingly,

IT IS HEREBY ORDERED THAT the parties in *Equal Employment Opportunity Commission v. Alltech, Inc.* (Case No. C 04-3025 SBA), *Presant v. State of California, et al.* (Case No. C 04-3309

SBA), and *Alltech, Inc. v. Barra* (Case No. C 05-1831) shall appear for a telephonic Case Management Conference on **Thursday, September 22, 2005 at 2:30 p.m.** The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. Counsel for Alltech, Inc. shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 8-30-05

SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California